■ ADOLF RUPPERT, Appellant, v. BUILDING MATERIALS DIST., INC., Respondent.— Order denying plaintiff's motion for summary judgment unanimously affirmed, with $20 costs and disbursements to defendant-respondent. Issues of fact are raised with respect to whether the plaintiff sustained any injuries as a result of the alleged accident. Consequently the court does not reach the question whether issues of liability otherwise satisfy the rule in *Di Sabato* v. *Soffes* (9 A D 2d 297). Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

■ JAMES H. HARDY, Appellant, v. BERCH SILK CO., INC., et al., Respondents, et al., Defendant.— Judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

■ In the Matter of the Accounting of GEORGE C. DIX, as Ancillary Administrator C. T. A. of the Estate of VELIMIR BAJKIC, Deceased, Respondent. SOFIA KANGRGA et al., Appellants; KATERINA BAJKIC et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

■ In the Matter of MARY C. TISI et al., Appellants, against WILLIAM LYMAN, Individually and as a Justice of the County Court, Bronx County, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

■ THOMAS BORNSTEIN, Respondent, v. RALPH H. LEVINE, Appellant, et al., Defendant.— Order unanimously modified to the extent of dismissing the second cause of action on the law and, as so modified, affirmed, with $20 costs and disbursements to defendant-appellant. The second cause of action is subject to the same infirmities as those upon which we based our decision in sustaining the dismissal of the second cause of action of the previous complaint (*Bornstein* v. *Levine*, 7 A D 2d 843). Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

■ NECO DISTRIBUTORS CORP. v. DAVID L. WILKOFF et al.— Motion to reargue appeal or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Bergan, JJ.

■ ANTHONY CLEMENZA v. YONKERS RACEWAY, INC. YONKERS RACEWAY, INC. v. JULES SCHWARTZ.— Application denied, with $10 costs, and the stay contained in the order to show cause, dated January 21, 1960, is vacated. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ ANTHONY CLEMENZA v. YONKERS RACEWAY, INC. YONKERS RACEWAY, INC. v. JULES SCHWARTZ.— Application denied, with $10 costs, and the stay contained in the order to show cause, dated January 21, 1960, is vacated. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ THEODORE J. TOTTIS v. HARRIET SHERRY, LIMITED, et al.— Application denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LOUIS NASH.— Motion to dismiss appeal granted. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ FLORENCE SERIO, as Administratrix of the Estate of GEORGE N. SERIO, Deceased, v. FLORIN REALTY CORP. FLORIN REALTY CORP. v. SAMUEL YATES et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 9, 1960, with notice of argument for the September 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, M. M Frank and Valente, JJ.